UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ING Bank N.V.,<br><br>                                      Plaintiff,<br><br>     -against-<br><br>M/V OCEAN HARMONY, IMO No. 9267106, her engines, tackle, equipment, furniture, appurtenances, etc.,<br><br>                                      Defendant. | 16-cv-2923 (KBF)<br><br>Admiralty<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, ING Bank N.V. ("ING Bank"), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1. <u>ING Groep N.V.</u>, sole shareholder of plaintiff, ING Bank N.V.

Date:   June 14, 2016                               /s/ James D. Bercaw                   
                                                                James D. Bercaw (pro hac vice)
                                                                Attorney for plaintiff, ING Bank N.V.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                              /s/ James D. Bercaw