**EXHIBIT F**

EXHIBIT F



**NATIONAL MARITIME SERVICES**

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290

BILL TO:
ING Bank N.V.
c/o King, Krebs & Jurgens, PLLC
201 St. Charles Ave., 45th Floor
New Orleans, LA 70171

CASE NUMBER: 1:16-cv-00559-RDB
CUSTODY PERIOD: 3/03/16-3/12/16
TYPE OF VESSEL: CARGO VESSEL
GROSS TONNAGE: 19730
VESSEL NAME: OCEAN HARMONY
STOCK NUMBER: 35177

| Date | Description | EST | Units | Unit cost | Amount | Handling Fees | Total |
|---|---|---|---|---|---|---|---|
| 3/2/2016 | Execution of court documents | | 1 | 1,000.00 | 1,000.00 | | 1,000.00 |
| 3/3/2016 | Coordination fee | | 1 | 950.00 | 950.00 | | 950.00 |
| 3/3/2016 | Watchman airfare from Jacksonville, Fl to Baltimore, MD | | 1 | 416.98 | 416.98 | 62.55 | 479.53 |
| 3/03/16-3/12/16 | Watchman | | 10 | 425.00 | 4,250.00 | | 4,250.00 |
| 3/03/16-3/12/16 | Daily custody fee | | 10 | 295.00 | 2,950.00 | | 2,950.00 |
| 3/3/2016 | Custodian liability insurance | | 1 | 590.00 | 590.00 | | 590.00 |
| 3/12/2016 | Watchman airfare from Baltimore, MD to Jacksonville, Fl | | 1 | 441.98 | 441.98 | 66.30 | 508.28 |
| | MARCH SUBTOTAL | | | | | | 10,727.80 |
| | | | | | | | |
| **TOTAL** | | | | | | | **10,727.80** |
| | | | | | | | |
| **PAYMENTS** | | | | | | | |
| | | | | | | - | - |
| **BALANCE DUE** | | | | | | | **10,727.80** |
| INTEREST | 1.5% per month on unpaid balance | | | | | | |